**Janice ELEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56101.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 24, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 28, 1989.

Application to Transfer Denied
Jan. 10, 1990.

Cheryl Rafert, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P.
Pollard, Asst. Atty. Gen., Jefferson City,
for respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule
29.15 motion after an evidentiary hearing.
Movant claims that the motion court's find-
ings of fact and conclusions of law regard-
ing four of her ineffective assistance of
counsel claims are insufficient to provide
our court with a meaningful review upon
appeal. We note that the motion court did
not specifically address these claims.
However, the motion court need not make
any findings of fact and conclusions of law
on claims that are unsupported by substan-
tive evidence. *McDonald v. State*, 758
S.W.2d 101, 104 (Mo.App., E.D.1988).
Since we find that the allegations in the
present case were not supported by sub-
stantive evidence there was no error in the
motion court's findings of fact and conclu-
sions of law.

The motion court's findings regarding
the remaining two claims are not clearly
erroneous and an extended opinion would
have no precedential value. We, therefore,
affirm the judgment pursuant to Rule 84.-
16(b).

**Willie CHILDS, Movant–Appellant,**

v.

**STATE of Missouri,
Respondent–Respondent.**

**No. 56121.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 24, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 28, 1989.

Application to Transfer Denied
Jan. 10, 1990.

Cheryl Rafert, St. Louis, for movant-ap-
pellant.

William L. Webster, Atty. Gen., John P.
Pollard, Asst. Atty. Gen., Jefferson City,
for respondent-respondent.

## ORDER

PER CURIAM.

Movant appeals from the denial of his
Rule 29.15 motion after an evidentiary
hearing. We affirm. The findings and
conclusions of the motion court are not
clearly erroneous, and an extended opinion
would have no precedential value. The
parties have been furnished with a memo-
randum for their information only setting
forth the reasons for our order affirming
the judgment pursuant to Rule 84.16(b).